IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

ALI ALZEERA, individually and on behalf of all )
   others similarly situated, )
                              )
              Plaintiff, )
                              )      1:26-cv-1026 (LMB/WEF)
   v. )
                              )
AVIS BUDGET CAR RENTAL, LLC, )
                              )
              Defendant. )

## ORDER

The CM/ECF filing procedures for the Alexandria division require that one paper copy of each motion, brief, and supporting exhibit be delivered to chambers within one business day of electronic filing.[1] Because plaintiff has not provided the Court with a courtesy copy of his opposition, [Dkt. No. 18], and because defendant has not provided the Court with a courtesy copy of its reply, [Dkt. No. 19], it is hereby

ORDERED that by July 2, 2026, the parties provide chambers with paper copies of their pleadings.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 30 day of June, 2026.

Alexandria, Virginia

                                    /s/
                             Leonie M. Brinkema
                             United States District Judge

---

[1] Available at:
https://www.vaed.uscourts.gov/sites/vaed/files/Division%20Specific%20Copies%20Alexandria%20101822.pdf.