**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

ALI ALZEERA, individually and on behalf of all others similarly situated,

*Plaintiff*,

v.

AVIS BUDGET CAR RENTAL, LLC,

*Defendant*.

Case No.: 1:26-cv-01026-LMB-WEF

**NOTICE OF FILING OF CONSENTS TO JOIN COLLECTIVE ACTION**

Plaintiffs hereby file one (1) Consents to Join Collective Action in the above-captioned action, for the following:

1. Esmaeil Pirasteh

Respectfully submitted this July 1, 2026,

*/s/ Robert W.T. Tucci*__________
Gregg Cohen Greenberg (Bar no:17291)
Robert W.T. Tucci (Bar no: 31356)
ZIPIN, AMSTER & GREENBERG, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, MD 20910
(301) 587-9373
ggreenberg@zagfirm.com
rtucci@zagfirm.com

*Counsel for Plaintiff*

On July 1, 2026, I served ☐ *the original* ☒ *a true copy* of the foregoing document entitled:

- **NOTICE OF FILING OF CONSENTS TO JOIN COLLECTIVE ACTION**

on all the appearing and/or interested parties in this action as follows:

Shaun M. Bennett (VSB No. 93391)
LITTLER MENDELSON, P.C.
1800 Tysons Boulevard
Suite 500
Tysons Corner, Virginia 22102
Telephone: 703.442.8425
Facsimile: 703.442.8428
smbennett@littler.com

William J. Anthony**
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, New York 10022-3298
Telephone: 212.471.4404
Facsimile: 212.832.2719
wanthony@littler.com

Sean P. Dawson**
LITTLER MENDELSON, P.C.
1 PPG Place, Suite 2400
Pittsburgh, Pennsylvania 15222
Telephone: 412.201.7601
Facsimile: 412.291.3366
sdawson@littler.com

*Counsel for Defendant*

☐ **(BY MAIL)** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Silver Spring, Maryland in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☐ **(BY OVERNIGHT MAIL)** I am personally and readily familiar with the business practice of ZIPIN, AMSTER & GREENBERG, LLC for collection and processing correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by the USPS for overnight delivery.

☒ **(BY ELECTRONIC TRANSMISSION)** I caused said document(s) to be served via electronic transmission through either the Court's CM/ECF system, via electronic mail, or an electronic service provider to the addressee(s) listed above on the date below.

☐ **(BY PERSONAL SERVICE)** I delivered the foregoing document by hand delivery to the addressed named above.

I declare under penalty of perjury under the laws of the State of Maryland that the foregoing is true and correct.

Executed on July 1, 2026, at Silver Spring, Maryland.

*/s/ Robert Tucci*
Robert Tucci