**United States District Court, Eastern District of Virginia**
***Alzeera et al. v. Avis Budget Car Rental, LLC***
**Case No.: 1:26-cv-01026-LMB-WEF**

# CONSENT TO JOIN COLLECTIVE ACTION

1. I consent and agree to pursue my claims arising out of my employment with Avis Budget Car Rental, LLC as an Operations Manager or similar job in connection with the above-referenced lawsuit.

2. I was employed by Avis Budget Car Rental, LLC as a Operations mnagaer. I worked in Virginia at the following location(s): Iad from approximately 1year 5months (month, year) to on or about 17 months (month, year).

3. I understand that this lawsuit is brought under the Fair Labor Standards Act, Virginia Wage Payment Act, and Virginia Overtime Wage Act, and seeks unpaid overtime premium wages and related damages for employees who were allegedly misclassified as exempt and paid a salary without overtime compensation for hours worked over forty (40) in a workweek. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action. I understand that I am opting in as a Plaintiff only as to those claims for which I am eligible to opt in. I authorize this Consent to Join form to be filed with the Court and used by Plaintiff's Counsel for purposes of prosecuting my claims.

4. I hereby designate ZIPIN, AMSTER AND GREENBERG, LLC to represent me for all purposes in this action, and other lawyers they may choose to associate with.

5. I also designate the Named Plaintiff in this action, the collective action representative, as my agent to make decisions on my behalf concerning the litigation, including the method and manner of conducting this litigation, entering into settlement agreements, entering into an agreement with Plaintiff's Counsel, ZIPIN, AMSTER AND GREENBERG, LLC (with the understanding that Plaintiff's Counsel is being paid on a contingency fee basis, which means that if there is no recovery, there will be no attorneys' fees, pursuant to the Named Plaintiff's retainer agreement with ZIPIN, AMSTER AND GREENBERG, LLC).

6. I understand that if I change my mind, I may ask to be dismissed as a Plaintiff in this lawsuit and that I may terminate my agency agreement by notifying Plaintiff's Counsel in writing that I want to do so, but that I will still be bound by any legal obligations arising before I terminate, to the extent any exist.

Signature: Esmaeil Pirasteh (Jun 30, 2026 16:19:27 EDT)

Date: 06/30/26

Name: Esmaeil Pirasteh

**COMPLETE AND RETURN OR EMAIL TO:**

ZIPIN, AMSTER, & GREENBERG LLC
Attn: Camila Portocarrero
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
Phone: 301-587-9373
E-mail: rtucci@zagfirm.com